FILED
2007 Aug-31 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris, Clerk

August 31, 2007

TO:    Clerk, U.S. District Court
          Southern District of Texas, Houston Div
          P.O. Box 61010
          Houston, TX 77208

                                                  In RE: <u>Transfer of Supervision/Jurisdiction</u>
                                                  USA v. ANDREA SHENISE JOHNSON
                                           Our Case No. CR 5:05-CR-178-VEH-PWG

Dear Sir/Madam:

      Pursuant to 18 U.S.C. § 3605, I am enclosing herewith copies of the order transferring jurisdiction of the subject probationer or supervised release and the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

      Please acknowledge receipt on the enclosed copy of this letter.

                                                        Sincerely,

                                                        SHARON N. HARRIS, CLERK

                                                        By: /s/ D. Cooper
                                                           Deputy Clerk

Enclosures

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) 5:05-CR-178-VEH-PWG |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE ANDREA SHENISE JOHNSON 8418 Twin Lamps Lane Houston, TX 77064 | DISTRICT ND/AL | DIVISION NORTH EASTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Virginia Emerson Hopkins | |
| | DATES OF SUPERVISED RELEASE | FROM 04/19/2007 — TO 04/18/2010 |

**OFFENSE**
18 U.S.C. §371: Conspiracy to Commit Credit Card Fraud
18 U.S.C. §1029(a)(1): Fraudulent Use of a Counterfeit Access Device

*[Stamp: U.S. DISTRICT COURT N.D. OF ALABAMA — 07 AUG 28 AM 10:14 — FILED]*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __NORTHERN DISTRICT OF ALABAMA__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __SOUTHERN DISTRICT OF TEXAS__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6-11-07_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN DISTRICT OF TEXAS__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7-16-07_
Effective date

_[signature]_
United States District Judge